IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARILYN K. DRUMMOND                                                                         PLAINTIFF

V.                                            CASE NO. 08-1007

MCSA, LLC, d/b/a MEDICAL
CENTER OF SOUTH ARKANSAS                                                         DEFENDANT

## ORDER

Before the Court is a Motion for Summary Judgment filed by Defendant MCSA, LLC, d/b/a Medical Center of South Arkansas. (Doc. 7). Plaintiff Marilyn Drummond responded. (Doc. 13). Defendant replied. (Doc. 18). For reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant MCSA's Motion for Summary Judgment should be and hereby is **GRANTED**. Plaintiff Marilyn Drummond's claims against Defendant MCSA are hereby dismissed with prejudice.

**IT IS SO ORDERED**, this 25th day of March, 2009.

                                                      /s/ Harry F. Barnes
                                                   Hon. Harry F. Barnes
                                                   United States District Judge